Arnie Lee STOCKING, Respondent,

v.

SIPCO, INC., Appellant.

No. WD 49668.

Missouri Court of Appeals, Western District.

March 7, 1995.

Robert E. Douglass, Frederick Tower, St. Joseph, for appellant.

Robert Edward Murphy, Kenneth E. Siemens, St. Joseph, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

### ORDER

PER CURIAM:

Sipco, Inc., appeals the decision of the Labor and Industrial Relations Commission ordering it to pay for Arnie Stocking's future medical treatment for an injury he sustained while working for Sipco. We affirm. Rule 84.16(b).